UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. TANKER, | CASE NO. 1:13-CV-00812 |
| Plaintiff, | |
| | JUDGE JAMES S. GWIN |
| v. | MAGISTRATE JUDGE McHARGH |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **REPORT & RECOMMENDATION** |
| Defendant. | |

On August 21, 2013, Plaintiff Anthony Tanker filed a Motion to Dismiss his case. (Doc. 17). The Commissioner of Social Security does not oppose the Motion. For the reasons set forth in Plaintiff's Motion, the undersigned recommends that the Court GRANT Plaintiff's request.

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: September 5, 2013.

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of mailing of this notice. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).