UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------------
:
ANTHONY T. TANKER, :
: CASE NO. 1:13-CV-00812
Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. Nos.17 and 18]
COMMISSIONER OF :
SOCIAL SECURITY, :
:
Defendant. :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On August 21, 2013, Plaintiff Tanker filed a motion to dismiss.[1] The matter was referred to Magistrate Judge Kenneth S. McHargh. On September 5, 2013, Magistrate Judge McHargh issued a Report and Recommendation that recommended this Court grant Plaintiff's motion to dismiss.[2]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3] Parties must file any objections to a Report and Recommendation within fourteen days of service.[4] Failure to object within this time waives a party's right to appeal the magistrate's report.[5] Absent objection, a district court may adopt the magistrate judge's report without review.[6]

In this case, neither party has objected to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** in whole Magistrate Judge McHargh's Report and Recommendation and incorporates it fully herein by reference, and **GRANTS** Plaintiff Tanker's

---

[1] Doc. 17.
[2] Doc. 18.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] Fed. R. Civ. P. 72(b)(2).
[5] *. Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981).
[6] *See* Thomas, 474 U.S. at 149.

-1-

Case No. 1:13-CV-00812
Gwin, J.

motion to dismiss.

>IT IS SO ORDERED.


Dated: September 21, 2013             s/        *James S. Gwin*
                                      JAMES S. GWIN
                                      UNITED STATES DISTRICT JUDGE